STATE v. GRIER

No. 631P86.

Case below: 70 N.C. App. 40.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 November 1986.

STATE v. HALL

No. 6P87.

Case below: 83 N.C. App. 542.

Petition by defendant for writ of supersedeas and temporary stay denied 9 January 1987.

STATE v. HARRISON

No. 706P86.

Case below: 83 N.C. App. 342.

Petition by defendant for writ of supersedeas denied 11 December 1986. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

STATE v. HURST

No. 513PA86.

Case below: 82 N.C. App. 1.

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1986. Motion by defendant to dismiss appeal for lack of significant public interest denied 18 November 1986.

STATE v. ISOM

No. 575P86.

Case below: 82 N.C. App. 592.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.